IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ANGELO D HARDISON,

    Petitioner,

v.                                              CASE NO. 4:06-cv-00400-MP-WCS

JOHN C COOPER,
MICHAEL T D'ERRICO,
CARRIE SARKISION MCMULLEN,
KATY RAY,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Report and Recommendation of the Magistrate Judge, recommending that the Petition be dismissed. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that the Petitioner has failed to prosecute the case and to comply with orders of the Court. Accordingly, it is hereby,

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *13th*   day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge